# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

ROBERT JAMES SWINT )
)
)
)
)
*Plaintiff(s)* )
v. )
MCDONALDS CORPORATION )
)
)
)
*Defendant(s)* )

Case Number: 26-CV-589-JPG
*(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)*

☒ ORIGINAL COMPLAINT

☐ AMENDED COMPLAINT

---

**You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.**

---

## I.    JURISDICTION:

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331:

   ☐ 42 U.S.C. § 1983 (state prisoners);
   ☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
   ☒ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐    Other (provide an explanation):

## II.    PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: ROBERT JAMES SWINT

Address: 901 PORT AVE.

Inmate ID Number: 80485

Rev. 04/16/2025

DEFENDANT #1  MCDONALDS CORPORATION

## III. PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)? ☒Yes ☐No

B.   Answer the following questions about ALL past federal lawsuits. <u>FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION</u>. (Use extra pages if needed)

1.   Case name, case number, and Court:

Swint vs. Seven, 3:26CV-P204-JHM, Kentucky

2.   What was it about:

ME AND THAT PLACE OUT IN QUINCY

3.   What happened (was it dismissed, did it go to trial, was it settled):

MET ON JOHN DIST RD

4.   Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).

NO I WENT BACK THATS WHY,

Rev. 04/16/2025

## IV.   GRIEVANCE PROCEDURE[1]

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   Has the grievance been returned from the highest or last level of review?   ☐ Yes ☒ No

D.   If your answer is NO, explain why not.  Did you do anything other than a grievance to alert prison authorities to the problem?

They refuse my right to a grievence to even deny it, breaking there own grevlence policy

E.   If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit.  If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed.  *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).
Rev. 04/16/2025

## V.    STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):**

**DO:**  Write a **short** statement of what happened with neat handwriting.  Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

**DO NOT:**  Do not make legal arguments or give citations.  Do not include evidence or exhibits.  You will have a chance later in the case to give evidence and to make arguments.  Do not combine multiple claims that are not related.[2]

The Golden Arches, the keys to the gate and CD II does not re-write. Owner of the house claim, straight from Mary herself at that table in that seat.

The guy sitting at the bench, happy feet, hamburglar and cookie Monster, and Wiggle _[illegible]_ to be in the Wiggle music. Wiggle Moon _[illegible]_ Billiard _[illegible]_ and Talian Burned.

Just Dad and Me

Missing years 5-16

---

[2] The Court is not required to allow you to join multiple claims in a single case.  The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.

Rev. 04/16/2025

## VI.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.

I WANT THERE "SOCIAL SETTINGS" AND the McDonalds Secret, Not So Secret Menu to equal "hidden" in the registry. I Also SEEK $5.2 Billion plus the video footage 'Play Place'

## VII.    JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Signed on: __4/30/2026__
(date)

_____
Signature of Plaintiff

__900 Port Ave.__
Street Address

__Robert James Swart__
Printed Name

__St. Helens OR 97051__
City, State, Zip

__80485__
Prisoner Register Number

Rev. 04/16/2025

ROBERT. JAMES. SWIM #30789
COLUmbia County Jail
901 PORT AVE.
ST. HELENS, OR
97051

PORTLAND OR RPDC 972
1 MAY 2026 PM 3 L

FOREVER / USA

MAIL CLEARED

US Courthouse
750 MISSOURI Avenue
EAST ST. LOUIS, IL
62201

62201-298899

RECEIVED

MAY 0 4 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Case 3:26-cv-00589-JPG   Document 3   Filed 05/04/26   Page 7 of 7   Page ID #8

FSC MIX Envelope FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022