UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT JAMES SWINT,

      Plaintiff,

    v.

MCDONALDS CORPORATION,

      Defendant.

Case No. 26-cv-00589-JPG

## MEMORANDUM AND ORDER

This case is before the Court on its June 16, 2026, order to show cause (Doc. 6). As noted in the order to show cause, Plaintiff filed this action without paying the filing fee or filing a motion for leave to proceed *in forma pauperis* ("IFP Motion"). The Clerk of Court sent him a letter advising him of his deficiency and informing him that if the filing fee or an IFP motion was not received within 30 days—that is, by June 3, 2026—the Court may dismiss this case (Doc. 4).

By June 3, 2026, Plaintiff had neither paid the filing fee nor filed an IFP motion, so the Court ordered him to show cause, on or before July 16, 2026, why the Court should not dismiss this case without prejudice for failure to pay the filing fee or file an IFP motion (Doc. 6). It warned him that failure to respond to the order to show cause would result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Plaintiff failed to respond.

Accordingly, as it warned it might, the Court **DISMISSES** this case without prejudice for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. It **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**
**DATED**: July 23, 2026

_____
**J. PHIL GILBERT**
**United States District Judge**