UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT JAMES SWINT,

      Plaintiff,

   v.

MCDONALDS CORPORATION,

      Defendant.

Case No. 26-cv-00589-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 23, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**